No. 78–1386. SHERMAN v. AMERICAN FEDERATION OF MUSICIANS. C. A. 10th Cir. Certiorari denied.

No. 78–1402. WILBOURN v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 78–1407. BOONE v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 78–1423. OLITT v. MURPHY, JUDGE, ET AL. C. A. 2d Cir. Certiorari denied.

No. 78–1449. HARTMAN ET AL. v. VIRGINIA. Cir. Ct. Prince William County, Va. Certiorari denied.

No. 78–1462. WHAT IT IS, INC., ET AL. v. JACKSON, MAYOR OF ATLANTA, ET AL. Ct. App. Ga. Certiorari denied.

No. 78–1468. FIRST NATIONAL BANK OF PEORIA v. CHILDS. C. A. 7th Cir. Certiorari denied.

No. 78–1494. STOVALL ET AL. v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 78–1498. MICHEL ET AL. v. UNITED STATES; and
No. 78–6412. BELMARES v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 588 F. 2d 986.

No. 78–1499. MILESTONE v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 78–1506. MACE v. MATTHEWS, MAYOR OF NEWBURYPORT. Sup. Jud. Ct. Mass. Certiorari denied.

No. 78–1512. SCHWARTZ v. GILSTER, SHERIFF. C. A. 8th Cir. Certiorari denied.

No. 78–1518. GRIFFIN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.